# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

_____

DAVID TYLER MONTALDI,

      Petitioner,

v.                                              Case No. 15-cv-12452

DUNCAN MACLAREN,

      Respondent.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying the Initial and Supplemental Habeas Corpus Petitions and Declining to Issue a Certificate of Appealibility," dated March 17, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Duncan Maclaren and against Petitioner David Tyler Montaldi. Dated at Port Huron, Michigan, this 17th day of March, 2022.


                                                  KINIKIA ESSIX
                                                  CLERK OF THE COURT


                                                  *S/Lisa Wagner*
                                        By:  Lisa Wagner, Case Manager
                                                 to Judge Robert H. Cleland